The Honorable David W. Christel

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBERT RHODES, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA BANKING SYSTEMS, INC., d/b/a UMPQUA BANK,<br><br>Defendant. | Case No. 3:23-cv-05753-DWC<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**NOTED ON MOTION CALENDAR: SEPTEMBER 22, 2023** |

Pursuant to LCR 7(j) IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Robert Rhodes and Defendant Columbia Banking Systems, Inc., d/b/a Umpqua Bank ("Defendant"), through counsel of record, that the date by which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint should be extended from September 26, 2023, to and including October 26, 2023. This Stipulation shall not in any way affect the parties' reservation of rights and remedies, subject only to the extension of time provided herein.

//

//

STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT- 1
(Case No.: 3:23-CV-05753-DWC)
91361581.7



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

DATED this 22nd day of September, 2023.

      POLSINELLI PC

      By: */s/ Jessica M. Andrade*
          Jessica M. Andrade, WSBA #39297
          1000 2nd Avenue, Suite 3500
          Seattle, WA 98104
          Telephone: (206) 393-5400
          Facsimile: (206) 393-5401
          Email: jessica.andrade@polsinelli.com

      *Attorneys for Defendant Columbia Banking Systems, Inc., d/b/a Umpqua Bank*

      LAW OFFICE OF ARI Y. BROWN

      By: */s/ Ari. Y. Brown*
          Ari Y. Brown, WSBA #29570
          3909 47th Avenue South
          Seattle, WA 98118
          Telephone: (206) 412-9320
          Email: abrownesq@gmail.com

      *Attorney for Plaintiff Robert Rhodes*