1

2   The Honorable David W. Christel

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

8

9

10  ROBERT RHODES, individually and on behalf of himself and all others similarly situated,

Case No. 3:23-cv-05753-DWC

11

**ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

12                              Plaintiff,

13  v.

*[PROPOSED]*

14  COLUMBIA BANKING SYSTEMS, INC., d/b/a UMPQUA BANK,

**NOTED ON MOTION CALENDAR: SEPTEMBER 22, 2023**

15                              Defendant.

16

17

18   Upon the parties' Stipulated Motion Extending Time to Respond to Plaintiff's Complaint,

19  and for good cause shown, the Court grants the Motion. The deadline for Defendant Columbia

20  Banking Systems, Inc., d/b/a Umpqua Bank, to respond to Plaintiff's Complaint is October 26,

21  2023.

   IT IS SO ORDERED.

22

23  DATED:_____

24

25                                    _____
                                      The Honorable David W. Christel
26                                    Chief Magistrate Judge

[PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT- 1
(Case No.: 3:23-CV-05753-DWC)
91383364.4



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

1  Presented by:

2  POLSINELLI PC

3  */s/ Jessica M. Andrade*
4  Jessica M. Andrade, WSBA #39297
   1000 2nd Avenue, Suite 3500
5  Seattle, WA 98104
   Telephone: (206) 393-5400
6  Facsimile: (206) 393-5401
7  Email: jessica.andrade@polsinelli.com

8  *Attorneys for Defendant Columbia Banking Systems, Inc.,
   d/b/a Umpqua Bank*
9

10 LAW OFFICE OF ARI Y. BROWN

11 */s/ Ari. Y. Brown*
12 Ari Y. Brown, WSBA #29570
   3909 47th Avenue South
13 Seattle, WA 98118
   Telephone: (206) 412-9320
14 Email: abrownesq@gmail.com

15
   *Attorney for Plaintiff Robert Rhodes*
16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT- 2
(Case No.: 3:23-CV-05753-DWC)
91383364.4