The Honorable David G. Estudillo

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBERT RHODES, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA BANKING SYSTEMS, INC., d/b/a UMPQUA BANK,<br><br>Defendant. | CASE NO. 3:23-cv-05753-DGE<br><br>**DEFENDANT COLUMBIA BANKING SYSTEMS, INC. D/B/A UMPQUA BANK'S NOTICE OF RELATED CASE** |

## DEFENDANT'S NOTICE OF RELATED CASE

Defendant Columbia Banking Systems, Inc. d/b/a Umpqua Bank, by and through undersigned counsel, hereby notifies the Court and all counsel of record that the following case pending in this Court arises out of the same facts and circumstances as this case:

1. *Bassam Zaafan, individually and on behalf of all others similarly situated v. Umpqua Bank*, Case No. 3:23-cv-05884-DGE (removed from the Superior Court for the State of Washington in and for Pierce County, Case No. 23-2-09361-1). The *Zaafan* case asserts causes of action arising from the same underlying data incident involving Umpqua Bank in June of 2023.

DEFENDANT'S NOTICE OF RELATED CASE- 1
Case No. 3:23-cv-05753-DGE



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

112625\769969\91566247.4

DATED this 10th day of October, 2023.

Respectfully submitted,

POLSINELLI PC

By: */s/ Jessica M. Andrade*
    Jessica M. Andrade, WSBA #39297
    1000 2nd Avenue, Suite 3500
    Seattle, WA 98104
    Telephone: (206) 393-5400
    Facsimile: (206) 393-5401
    Email: jessica.andrade@polsinelli.com

    John C. Cleary (*pro hac vice* forthcoming)
    600 Third Avenue, 42nd Floor
    New York, NY 10016
    Telephone: (212) 413-2837
    FAX: (212) 684-0197
    john.cleary@polsinelli.com

*Attorneys for Defendant Columbia Banking Systems, Inc. d/b/a Umpqua Bank*

DEFENDANT'S NOTICE OF RELATED CASE- 2
Case No. 3:23-cv-05753-DGE



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

112625\769969\91566247.4